IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

OQUENDO JORGE, JORGE A

Debtor(s)

CASE NO :02-11411 ESL
Chapter :13

ATTY :RIVERA-TORO

## MINUTES OF HEARING ON CONFIRMATION

1. Parties present: ☐ Debtor[s]  ☒ Debtor's Attorney  ☒ No Creditors
   ☐ Creditors

2. Other matters considered: CHAPTER 13 Plan dated 10/17/02. (Dkt.#2)

3. Oral motions/amendments to plan:

4. Plan dated _____ [Docket no. ____ ]  ☐ CONFIRMED  ☐ NOT CONFIRMED
   ☐ LBR 3015

5. Objection[s]/Motion[s] to Dismiss withdrawn by: _____

6. Hearing on Confirmation is continued to: _____

7. **ORDER:** E.O.D. JAN 23 2003

☐ Upon debtor[s]' failure to: ☐ appear at the 341 meeting of creditors, ☐ make current payments to the chapter 13 trustee, ☐ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed. The trustee is awarded $100.00 costs, ☐ balance up to balance of fee to debtor[s]' attorney.

☐ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ☐ The $15.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.

☒ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

☐ Attorney's fees:  ☐ $1,500.00  ☐ Other $_____

8. **OTHER:**

ENRIQUE S. LAMOUTTE
U.S. Bankruptcy Judge

Date: Jan 22, 2003

By:  MARIBEL MONTALVO
     Courtroom Deputy

C: all creditors

```
District/off: 0104-3        User: LMR              Page 1 of 1              Date Rcvd: Jan 23, 2003
Case: 02-11411ESL           Form ID: I01           Total Served: 15
```

The following entities were served by first class mail on Jan 25, 2003.
```
T          ALEJANDRO OLIVERAS RIVERA,    PO BOX 9024062,    SAN JUAN, PR 00902-4062
DA         JULIO RIVERA TORO,    BOX 5090,    PONCE, PR 00731
D          OQUENDO JORGE, JORGE A,    PO BOX 8705,    PONCE, PR 00732
           AUTORIDAD ENERGIA ELECTRICA,    PO BOX 4267,    SAN JUAN, PR 00936
          +CAMARA DE COMERCIANTES MAYORISTAS,    PO BOX 195337 HATO REY STA,    SAN JUAN, PR 00919
          +DEPARTAMENTO DE HACIENDA,    PO BOX 9024140 OFICINA 424-B,    SAN JUAN, PR 00902
           DEPT JUSTICE-FEDERAL LITIGATION,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE 12 FLOOR,
             SAN JUAN, PR 00918
           STATE INSURANCE FUND,    PO BOX 365028,    SAN JUAN, PR 00936-5028
           US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1922
1          SCOTIABANK,    PO BOX 362649,    SAN JUAN, PR 00936-2649
2          FERNANDEZ COLLINS & RIVERO-VERGNE,    ATTORNEY FOR SCOTIABANK,    PO BOX 9023905,
             SAN JUAN, PR 00902-3905
3          FIRSTBANK,    PO BOX 9146,    SAN JUAN, PR 00908-0146
4          ISLAND FINANCE PUERTO RICO INC,    BANKRUPTCY DEPARTMENT,    PO BOX 195369,    SAN JUAN, PR 00919-5369
5          DEPARTMENT OF TREASURY,    SECCION DE QUIEBRAS OFICINA 424-B,    PO BOX 9024140,
             SAN JUAN, PR 00902-4140
```

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jan 25, 2003**                              **Signature:** _Joseph Speetjens_